

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00498-CV

| | | |
|---|---|---|
| NORTEX REGIONAL PLANNING COMMISSION, Appellant | § | On Appeal from the 97th District Court |
| | § | of Clay County (2023-0046C-CV) |
| V. | § | July 3, 2025 |
| CITY OF BELLEVUE, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment denying Nortex Regional Planning Commission's plea to the jurisdiction is reversed, and we render a judgment granting Nortex Regional Planning Commission's plea to the jurisdiction and dismissing City of Bellevue's claims against Nortex Regional Planning Commission for lack of subject-matter jurisdiction.

It is further ordered that appellee City of Bellevue shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker